M. P. No. 807. PILGRIM LAND DEVELOPERS *v.* ZONING BOARD OF REVIEW OF TOWN OF EAST GREENWICH. Show Cause Order in form and substance same as M. P. 627 above. *Joseph T.*

*Pari,* for petitioner. *A. Earl Shaw, Jr.,* Town Solicitor, for respondent.

